**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

IN RE:                                                                                                      CASE NO.: 22-17789

                                                                                                                                            **CHAPTER 7**

**Jasmine L. King,**
   **Debtor.**

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2021-RPL7 TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Authorized Agent for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                          By: <u>/s/Sindi Mncina</u>
                                                Sindi Mncina
                                                Email: smncina@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JASMINE L. KING
26 BERWICK LANE
SICKLERVILLE, NJ 08081

And via electronic mail to:

ANDREW B. FINBERG
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NJ 08053

DOUGLAS S. STANGER
DOUGLAS STANGER- TRUSTEE
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr