**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISON**

| | | |
|---|---|---|
| In re<br>Jasmine L King,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case Number. 22-17789<br><br>Judge Andrew B. Altenburg Jr. |

**REQUEST OF ATLAS ACQUISITIONS**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, as authorized agent for UHG I LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Atlas Acquisitions LLC
    492C Cedar Lane, Ste 442
    Teaneck, NJ 07666
    Attn: Avi Schild
    Telephone: (888) 762-9889
    Facsimile: (201) 546-9377
    E-mail: bk@atlasacq.com

Dated: 10/18/2022

                                            By: /s/ Avi Schild
                                            Avi Schild
                                            c/o Atlas Acquisitions LLC
                                            President
                                            492C Cedar Lane, Ste 442
                                            Teaneck, NJ 07666
                                            (888) 762-9889
                                            bk@atlasacq.com

Assignee Creditor: LendingClub Corporation [Last four digits of account: 0597]