Certificate Number: 14912-NJ-DE-036960558

Bankruptcy Case Number: 22-17789



14912-NJ-DE-036960558

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on November 7, 2022, at 7:09 o'clock PM EST, Jasmine King completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 7, 2022                By:   /s/Jai Bhatt

                                        Name: Jai Bhatt

                                        Title: Counselor