| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jasmine L. King<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6888<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22-17789-ABA | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasmine L. King
aka Jasmine Lynnette Dailey

1/6/23

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jasmine L. King  
     Debtor

Case No. 22-17789-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 06, 2023      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine L. King, 26 Berwick Lane, Sicklerville, NJ 08081-3026 |
| cr | + | CSMC 2021-RPL7 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519726085 | + | SST/Tab Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Jan 06 2023 20:38:00 | Sindi Mncina, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Jan 06 2023 20:38:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| 519739409 | | EDI: ATLASACQU | Jan 07 2023 01:34:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519726074 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 20:45:03 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519726075 | + | EDI: CAPITALONE.COM | Jan 07 2023 01:34:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519726076 | | EDI: DISCOVER.COM | Jan 07 2023 01:34:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 519726078 | | EDI: JPMORGANCHASE | Jan 07 2023 01:34:00 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 519726079 | + | EDI: LENDNGCLUB | Jan 07 2023 01:34:00 | Lending Club Corporatin, 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 519726080 | | Email/Text: EBN@Mohela.com | Jan 06 2023 20:38:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519726081 | + | Email/Text: netcreditbnc@enova.com | Jan 06 2023 20:39:00 | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
| 519726077 | | Email/Text: signed.order@pfwattorneys.com | Jan 06 2023 20:38:00 | Discover Bank, c/o Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519726082 | + | EDI: SALLIEMAEBANK.COM | Jan 07 2023 01:34:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 519726083 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 06 2023 20:39:00 | Santander Consumer USA, 8585 N. Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |

Case 22-17789-ABA   Doc 13   Filed 01/08/23   Entered 01/09/23 00:16:22   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 318 | Total Noticed: 24 |

| 519726084 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Jan 06 2023 20:39:00 | Select Portfolio Servicing, Inc., 3815 South West Temple Street, Salt Lake City, UT 84115-4412 |
| 519726086 | + EDI: RMSC.COM | | |
| | | Jan 07 2023 01:34:00 | Syncb/Sam's Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519726586 | + EDI: RMSC.COM | | |
| | | Jan 07 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519726088 | + EDI: USAA.COM | | |
| | | Jan 07 2023 01:34:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 519726087 | + EDI: LCIUPSTART | | |
| | | Jan 07 2023 01:34:00 | Upstart Network, 2 Circle Star Way San, San Carlos, CA 94070-6200 |
| 519726089 | + EDI: WFFC2 | | |
| | | Jan 07 2023 01:34:00 | Wells Fargo, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Jasmine L. King andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL7 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Sindi Mncina | on behalf of Creditor CSMC 2021-RPL7 Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5