UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jasmine L. King, Debtor.

Case No.: 22-17789
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

Douglas S. Stanger, Ch. 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on February 28, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
26 Berwick Lane, Sicklerville, NewJersey 08081
$350,000.00

Liens on property:
Select Portfolio Servicing - $358,248.00

Amount of equity claimed as exempt: $-0-

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Ch. 7 Trustee
Address: 1810 Chapel Avenue West, Cherry Hill, NJ 08002
Telephone No.: (609) 645-1881

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17789-ABA |
| Jasmine L. King | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf905 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine L. King, 26 Berwick Lane, Sicklerville, NJ 08081-3026 |
| cr | + | CSMC 2021-RPL7 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519726085 | + | SST/Tab Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Jan 31 2023 20:48:00 | Sindi Mncina, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Jan 31 2023 20:48:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| 519739409 | | Email/Text: bnc@atlasacq.com | Jan 31 2023 20:48:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519726074 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2023 20:51:12 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519726075 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2023 20:50:56 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519726076 | | Email/Text: mrdiscen@discover.com | Jan 31 2023 20:47:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 519726078 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2023 20:50:54 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 519726079 | + | Email/Text: Documentfiling@lciinc.com | Jan 31 2023 20:48:00 | Lending Club Corporatin, 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 519726080 | | Email/Text: EBN@Mohela.com | Jan 31 2023 20:48:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519726081 | + | Email/Text: netcreditbnc@enova.com | Jan 31 2023 20:48:29 | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
| 519726077 | | Email/Text: signed.order@pfwattorneys.com | Jan 31 2023 20:48:00 | Discover Bank, c/o Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519726082 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 31 2023 20:48:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 519726083 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2023 20:48:00 | Santander Consumer USA, 8585 N. Stemmons Fwy, Suite 1100-N, Dallas, TX 75247-3822 |

| | | | | |
|---|---|---|---|---|
| 519726084 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2023 20:49:00 | Select Portfolio Servicing, Inc., 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 519726086 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 20:50:56 | Syncb/Sam's Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519726586 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 20:51:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519726088 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 31 2023 20:47:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 519726087 | + | Email/Text: LCI@upstart.com | Jan 31 2023 20:48:00 | Upstart Network, 2 Circle Star Way San, San Carlos, CA 94070-6200 |
| 519726089 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2023 20:51:03 | Wells Fargo, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Jasmine L. King andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL7 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Sindi Mncina | on behalf of Creditor CSMC 2021-RPL7 Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6