IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEW JERSEY
CAMDEN DIVISION

|  |  |
|---|---|
| In re:<br>Jasmine Daley<br><br>Debtor(s) | ) Chapter: 7<br>)<br>) REQUEST FOR SPECIAL NOTICE<br>) Case Number: 22-17789-ABA<br>) [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

ACCELERATED INVENTORY MGT, LLC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ACCELERATED INVENTORY MGT, LLC be given and served with all notices given or required to be given in the case as follows:

ACCELERATED INVENTORY MGT, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 02/06/23
Account Number: ******1582

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    ACCELERATED INVENTORY MGT, LLC
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com