Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  22−17789−ABA
    Chapter:  7
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jasmine L. King
    aka Jasmine Lynnette Dailey
    26 Berwick Lane
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−6888

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

26 Berwick Lane, Sicklerville, New Jersey.


Dated: February 22, 2023
JAN:

    Jeanne Naughton
    Clerk